# Arthur H. Forman
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

July 7, 2022

Hon. Peggy Kuo
U.S. Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:        Cuzco v. NY Tex Care, Inc., et al.
                             Case No. 22-CV-01104(ENV)(PK)

Dear Judge Kuo:

      By letter dated July 6, 2022, plaintiff's counsel, Ryan Kim, claims he contacted my office about accepting service of the summons and complaint and I did not respond to him. However, my records show that Mr. Kim called my office on March 15, 2022, which was two weeks after the complaint was filed. I returned Mr. Kim's call and advised him that I would review the complaint with defendants if he sent it to me. But I explicitly told Mr. Kim that I had not been retained to represent defendants in this action and could not accept service.

      Attached is a copy of my email correspondence with Mr. Kim and his office confirming our conversation.

      Because my office does not represent defendants in this action, I am not taking a position on the order to show cause. However, I wanted to refresh Mr. Kim's recollection and respond to the mention of my alleged inaction in Mr. Kim's representation to the court.

                                            Very truly yours,

                                                    /S/

                                            Arthur H. Forman

AHF/ms
Enc.