Re: 1:22-cv-01104 - Cuzco v. NY Tex Care Inc et al

From: Arthur H. Forman, Esq. (ahf@ahforman.com)
To: jia@ryankimlaw.com
Date: Tuesday, March 15, 2022 at 02:35 PM EDT

Receipt acknowledged. But not service. As I discussed with Mr. Kim, I am not retained in this matter and cannot accept service on behalf of defendants.

Arthur H. Forman, Esq.
98-20 Metropolitan Avenue
Forest Hills, New York 11375
(718) 268-2616
ahf@ahforman.com

**Confidentiality Notice**: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. if you received this communication in error, please contact our offices by email or by phone at (718) 268-2616. Thank you.

On Tuesday, March 15, 2022, 01:47:18 PM EDT, Jia Choi <jia@ryankimlaw.com> wrote:

Dear Mr. Forman,

Attached please find the complaint filed in the referenced matter.

--
Regards,

Jia Choi | Paralegal

RYAN KIM | LAW

**PLEASE SEND ALL MAIL TO NJ OFFICE**

**NJ Office:**
222 Bruce Reynolds Blvd. Ste 490
Fort Lee, NJ 07024
T: 201.897.8787

**NY Office:**
164-01 Northern Blvd. 2nd Fl.
Flushing, NY 11358
718.573.1111

www.ryankimlaw.com

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination, use or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at 718) 573-1111, or notify us by e-mail at Jia@RyanKimLaw.com.