Attorney(s): Ryan Kim Law
Index #: 1:22-cv-01104
Purchased/Filed: March 1, 2022
State of: New York
Court: U. S. District
County/District: Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Manuel Cuzxi on behalf of himself and all others similarly situated

Plaintiff(s)

against

NY Tex Care Inc. d/b/a Green White Dry Cleaners, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 Yrs.

Weight: 160 Lbs.   Height: 5' 10"   Sex: Female   Color of skin: White

Hair color: Blonde   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **July 8, 2022**, at **1:17 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons in A Civil Action & Complaint with Civil Action**

on

**NY Tex Care Inc. d/b/a Green White Dry Cleaners**

the Defendant in this action, by delivering to and leaving with **Amy Lesch** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

8th day of July 2022

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

Robert Guyette

**Invoice·Work Order #** 2223473
Attorney File # **Cuzco**