UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MANUEL CUZCO, on behalf of himself　　　　　　Case No. 22-CV-01104 (ENV)(PK)
and all others similarly situated,

                                    Plaintiff,

    -v.-

NY TEX CARE, INC. d/b/a Green & White
Dry Cleaners, and INSUN YUN,

                                  Defendants.
-------------------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

      PLEASE TAKE NOTICE, that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Manuel Cuzco, accepts Defendant NY Tex Care, Inc. d/b/a Green & White Dry Cleaners Rule 68 Offer of Judgment.

      Defendant's Rule 68 Offer of Judgment with corresponding certificate of service is attached hereto as Exhibit "A".

Dated:  Fort Lee, New Jersey
       November 15, 2022　　　　　　　　　　　　　　　　　　／s/ Ryan Kim
                                                                 Ryan Kim, Esq.
                                                                 222 Bruce Reynold Blvd., Suite 490
                                                                 Fort Lee, NJ  07024
                                                                 (718) 573-1111

                                                                 *Attorney for Plaintiff*


To:    Arthur H. Forman, Esq.
         98-20 Metropolitan Avenue
         Forest Hills, NY  11375
         (718) 268-2616

         *Attorney for Defendant*
         *NY Tex Care, Inc.*