**UNITED STATES DISTRICT COURT**
<u>**EASTERN DISTRICT OF NEW YORK**</u>

|   |   |
|---|---|
| MANUEL CUZCO, on behalf of himself and all other Plaintiffs similarly situated known and unknown,<br><br>        Plaintiff,<br>  v.<br><br>NY TEX CARE, INC. d/b/a Green & White Dry Cleaners, and INSUN YUN<br><br>        Defendants, | Index No. 22-CV-01104(ENV)(PK)<br><br><br><br><br><br><u>**RULE 68 JUDGMENT**</u> |

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant NY Tex Care, Inc (collectively, "Defendant"), having offered to allow Manuel Cuzco ("Plaintiff") to take a judgment against them, in the sum of Eight Thousand Dollars and No Cents ($8,000.00), with respect to Plaintiff's claims for relief, damages, fees, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 15, 2022, and filed as Docket Number 20;

      **WHEREAS**, on November 15, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 20-1);

      It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff Manuel Cuzco, in the sum of Eight Thousand Dollars and No Cents ($8,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 15, 2022, and filed as Docket Number 20.

Dated: November 23, 2022
Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT

By: *Jalitza Poveda*
Deputy Clerk